IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DAVID DOWNS,<br><br>Plaintiff,<br><br>vs.<br><br>EXTRADITION TRANSPORT OF AMERICA, L.L.C.,<br><br>Defendant. | CV 12-89-H-DLC<br><br>ORDER |

Upon stipulation of the parties, and good cause appearing,

IT IS ORDERED that the above matter is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, all parties to bear their own attorney fees and costs.

Dated this 16th day of October 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court